```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15687
    DUANE KINNARD
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6021


---------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 08/29/2007 and was confirmed 11/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was converted to chapter 7 after confirmation 01/23/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
---------------------------------------------------------------------------
NORDSTROM FSB              UNSECURED          532.34           .00             .00
CHASE HOME FINANCE LLC     CURRENT MORTG         .00           .00             .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE        .00           .00             .00
IRWIN HOME EQUITY          CURRENT MORTG        .00           .00             .00
IRWIN HOME EQUITY          MORTGAGE ARRE      320.00           .00             .00
IRWIN HOME EQUITY          UNSECURED      NOT FILED           .00             .00
UNITED AUTO CREDIT         SECURED NOT I       .00           .00             .00
UNITED AUTO CREDIT         UNSECURED      NOT FILED           .00             .00
CENLAR LOAN ADMINISTRATI   SECURED NOT I       .00           .00             .00
CACH LLC                   UNSECURED      NOT FILED           .00             .00
CACH LLC                   UNSECURED      NOT FILED           .00             .00
AT&T WIRELESS SERVICES     UNSECURED      NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         611.37           .00             .00
T MOBILE BANKRUPTCY DEPT   UNSECURED      NOT FILED           .00             .00
NCO COLLECTION AGENCY      UNSECURED      NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED         763.79           .00             .00
ROUNDUP FUNDING LLC        UNSECURED        1174.77           .00             .00
ASSET ACCEPTANCE LLC       UNSECURED         365.72           .00             .00
B-REAL LLC                 UNSECURED        1017.22           .00             .00
ROUNDUP FUNDING LLC        UNSECURED         550.00           .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        1386.75           .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        1881.12           .00             .00
AMERICASH LOANS            UNSECURED        1161.43           .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,833.00                        924.84
TOM VAUGHN                 TRUSTEE                                          65.66
DEBTOR REFUND              REFUND                                          283.00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              1,273.50

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 15687 DUANE KINNARD
```

```
PRIORITY                                                                  .00
SECURED                                                                   .00
UNSECURED                                                                 .00
ADMINISTRATIVE                                                         924.84
TRUSTEE COMPENSATION                                                    65.66
DEBTOR REFUND                                                          283.00
                                        ---------------    ---------------
TOTALS                                         1,273.50           1,273.50
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 04/23/08                     /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE